UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                              Case No. 2:18−cr−20800−SJM−APP
                                              Hon. Stephen J. Murphy

David Lewis, et al.,

                Defendant(s),

## ORDER REQUIRING RESPONSE

The defendant, David Lewis, has filed the following document:

       Motion − #459

IT IS HEREBY ORDERED that the Government shall file a response to the above document on or before September 6, 2022.

                                              s/Stephen J. Murphy, III
                                              Stephen J. Murphy, III
                                              U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/D Parker
                                              Case Manager

Dated:  August 22, 2022