# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATE OF AMERICA**

      **Plaintiff,**        Case No. 2:18-cr-20800

**v.**        Hon. Stephen J. Murphy III

**D-4. DR. DAVID LEWIS, et al,**

      **Defendant.**

---

## MOTION TO AMEND HYDE AMENDMENT TO RECOVER ATTORNEY'S FEES

NOW COMES, Defendant, David Lewis, M.D. (Dr. Lewis), by and through undersigned counsel, Ronald W. Chapman II, and hereby files this Motion to Amend His Previously Filed Hyde Amendment to Recover Attorney's Fees. ECF 459. The Amended Hyde Amendment is attached.

## BRIEF IN SUPPORT

Pursuant to Eastern District of Michigan Local Rule 15.1, a party may move to amend a pleading and shall attach the proposed amended pleading to the motion.

1. On August 18, 2022, Dr. Lewis filed his Hyde Amendment seeking to recover attorney's fees from the Government.

2. He now wishes to file the attached Amended Hyde Amendment.

3. The corrections in the Amended Hyde Amendment do not substantially change the Hyde Amendment's substance, but rather, the changes are related to typographical errors.

4. Dr. Lewis respectfully requests the Court accept the filing of his Amended Hyde Amendment.

|  |  |
|---|---|
|  | Respectfully Submitted,<br>CHAPMAN LAW GROUP |
| Dated: August 22, 2022 | /s/ *Ronald W. Chapman II*<br>Ronald W. Chapman II, Esq. LL.M.<br>MI Bar No. P73179<br>*Counsel for Defendant Lewis*<br>1441 W. Long Lake Rd., Ste. 310<br>Troy, MI 48098<br>T: (248) 644-6326/F: (248) 644-6324<br>RWChapman@ChapmanLawGroup.com |

## PROOF OF SERVICE

I hereby certify that on August 22, 2022, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to any involved non-participants.

/s/ *Ronald W. Chapman II, L.L.M.*
Ronald W. Chapman II, Esq. L.L.M.
MI Bar No. P73179
*Counsel for Defendant Lewis*
RWChapman@ChapmanLawGroup.com